UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. MJ 10-236 |
| ) | |
| v. ) | |
| ) | |
| SEBASTIAN DOMINGUEZ-ESQUEDA, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

Offenses charged:

COUNT 1: Conspiracy to Distribute a Controlled Substance, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 846

COUNT 2: Distribution of Methamphetamine in violation of 21 U.S.C. §§ 841 (a)(1), (b)(1)(C)

COUNT 3: Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. §§ 841 (a)(1) and (b)(1)(A) and 18 U.S.C. § 2

Date of Detention Hearing:   June 1, 2010

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Pursuant to 18 U.S.C. § 3142(e), there is a rebuttable presumption that

01 defendant is a flight risk and a danger to the community based on the nature of
02 the pending charges. Application of the presumption is appropriate in this
03 case.
04 (2) Defendant is a citizen of Mexico.
05 (3) Defendant has stipulated to his continued detention, but reserves the right to
06 contest his continued detention if there is a change in circumstances.
07 (4) There are no conditions or combination of conditions other than detention that
08 will reasonably assure the appearance of defendant as required or ensure the
09 safety of the community.
10 IT IS THEREFORE ORDERED:
11 (1) Defendant shall be detained pending trial and committed to the custody of the
12 Attorney General for confinement in a correctional facility separate, to the extent practicable,
13 from persons awaiting or serving sentences or being held in custody pending appeal;
14 (2) Defendant shall be afforded reasonable opportunity for private consultation
15 with counsel;
16 (3) On order of a court of the United States or on request of an attorney for the
17 government, the person in charge of the corrections facility in which defendant is confined
18 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
19 connection with a court proceeding; and
20 (4) The Clerk shall direct copies of this Order to counsel for the United States, to
21 counsel for the defendant, to the United States Marshal, and to the United States Pretrial
22 Services Officer.
23 DATED this 1st day of June, 2010.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge